## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5675 | **DATE** | 7/27/2011 |
| **CASE TITLE** | Kawasaki Kisen Kaisha, Ltd., *et al.* vs. Plano Molding Co. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Defendant's Motion for Summary Judgment is Granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
Mailed AO 450 form.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|